NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES E. COOPER,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

---

2018-1350

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-16-0130-I-1.

---

## JUDGMENT

---

MELANIE LISA GLICKSON, Glickson Law Firm, LLC, Pikesville, MD, argued for petitioner.

NATHANAEL YALE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by ALLISON KIDD-MILLER, ROBERT EDWARD KIRSCHMAN, JR., JOSEPH H. HUNT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 5, 2019                    /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                 Clerk of Court